Argued and submitted November 21, judicial review dismissed December 18, 1991

RODNEY GALE WAMBOLD,
*Petitioner,*

*v.*

BOARD OF PAROLE,
*Respondent.*

(CA A65972)

821 P2d 447

▬▬▬▬▬▬▬▬

Lawrence J. Hall, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender, Salem.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

▬▬▬▬▬▬▬▬

## PER CURIAM

Petitioner failed to exhaust his administrative remedy before seeking judicial review. This court lacks jurisdiction. ORS 144.335; *Denham v. Board of Parole*, 106 Or App 234, 806 P2d 1167 (1991).

Judicial review dismissed.